NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0987

Norman Dean

- - Versus - -

Sgt. S. Jackson; Sgt. Jackson; Sgt. Williams; and State of
Louisiana through the Louisiana Department of Public
Safety and Corrections Louisiana State Penitentiary

20th Judicial District Court
Case #: 23141
West Feliciana Parish

On Application for Rehearing filed on 03/18/2022 by Norman Dean

Rehearing _denied_

_____
Vanessa Guidry Whipple

_____
Allison H. Penzato

_____
Chris Hester

CHH Hester, J., dissents and would grant rehearing.

Date APR 1 2 2022

_____
Rodd Naquin, Clerk